UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 11-03660-JVS                                      Date  August 29, 2011

Title    In Re: Richard Coatney
         Richard Coatney  v. The United States Internal Revenue Service

Present: The Honorable    James V. Selna

        Karla J. Tunis                                          Not Present
        Deputy Clerk                                           Court Reporter

   Attorneys Present for Plaintiffs:                 Attorneys Present for Defendants:

        Not Present                                              Not Present

**Proceedings:**     (In Chambers)    **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **September 19, 2011** why this action should not be dismissed for lack of prosecution.

   This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules.  Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

   ___    Reporter's transcript has not been filed

   **_X_    Appellant's opening brief**

   ___    Appellee's opening brief

   ___    Appellant's reply brief

   If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

   The Court ORDERS the hearing on the Bankruptcy Appeal, currently set for Monday, September 12, 2011, vacated.

                                                                                    :    00
                                                            Initials of Preparer    kjt