JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Richard Coatney ) | CV 11-03660-JVS |
| ) | |
| Richard Coatney, ) | |
| ) | ORDER OF DISMISSAL FOR |
|     Plaintiff, ) | |
| ) | LACK OF PROSECUTION |
|   v. ) | |
| ) | |
| The U.S. Internal Revenue ) | |
| Service, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

    The Court having issued an Order to Show Cause on __August 29, 2011__ as to why this action should not be dismissed for lack of prosecution, with a written response due on September 19, 2011 and no response having been made.

    IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: September 20, 2011

_____
James V. Selna
United States District Judge